Beideman *v.* Sparks.

---

BENJAMIN M. BEIDEMAN et al., respondents,

*v.*

SAMUEL W. SPARKS, appellant.

[Filed March 19th, 1902.]

On appeal from an order advised by Vice-Chancellor Grey, whose opinion is reported in *16 Dick. Ch. Rep. 226.*

*Mr. George H. Peirce,* for the appellant.

*Mr. John F. Harned,* for the respondents.

Ellis *v.* Ellis.

PER CURIAM.

The order in this case is affirmed, for the reasons given in the opinion of the vice-chancellor.

*For affirmance*—THE CHIEF JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, COLLINS, FORT, GARRETSON, HENDRICK-SON, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—14.

*For reversal*—None.